**DECLARATION IN SUPPORT OF AFFIDAVIT FOR MOTION
FOR LEAVE TO APPEAR PRO HAC VICE**

I, MICHAEL KHOURI, hereby declare:

1. I am an attorney licensed to practice law in the States of California and Texas;

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the Criminal Case No. 22-CR-10062-001-EFM.

3. I have been a licensed attorney for 40 years.

4. I have never been the subject of discipline in any state or federal court.

5. I respectfully request that I be permitted to appear as counsel pro hac vice in this case.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 30 day of August, 2022, in Irvine, California.

Executed on the 30th day of August 2022 at Irvine, California.

Respectfully submitted,

KHOURI LAW FIRM, APC

*Michael Khouri*
MICHAEL KHOURI, ESQ.
KHOURI LAW FIRM, APC
101 Pacifica, Suite 380
Irvine, CA 92618
Tel: (949) 336-2433
Fax: (949) 387-0044
Email: mkhouri@khourilaw.com

---

1

DECLARATION OF MICHAEL J. KHOURI IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE